IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN KEARNEY, Derivatively and on Behalf of Defendant Cassava Sciences, Inc., | § § § § | NO. 1:23-cv-1353-DAE |
| *Plaintiff,* | § § | |
| vs. | § § | |
| REMI BARBIER, LINDSAY BURNS, ERIC J. SCHOEN, JAMES W. KUPIEC, MICHAEL MARSMAN, RICHARD J. BARRY, ROBERT Z. GUSSIN, MICHAEL J. O'DONNELL, SANFORD R. ROBERTSON, and PATRICK J. SCANNON, | § § § § § § § § | |
| *Individual Defendants*, | § § | |
| -and- | § § | |
| CASSAVA SCIENCES, INC., a Delaware Corporation, | § § § § | |
| *Nominal Defendant.* | § | |

ORDER FOR STATUS REPORT

  Before the Court is the status of the above-captioned case. On November 9, 2023, Plaintiff filed his complaint. (Dkt. # 1.) On January 2, 2024, Waiver of Service of Summons was filed for each Defendant, dated December 20, 2023. (Dkts. ## 6–16.) However, each waiver crossed out the language specifying the 60-day deadline to answer, so the waiver instead states that the defendant

acknowledges they "must file and serve an answer or a motion under Rule 12 . . . by a date agreed upon by the parties." (Id.)  However, since that time, no answer has been filed, nor has Plaintiff provided any other updates in this case.

The Court notes that the above-captioned case is one of many involved in the Cassava securities litigation, several of which have been consolidated.  See, e.g., Zagami et al., v. Barbier et al., No. 1:21-cv-00991-DAE (W.D. Tex.); In re Cassava Sciences Inc., No. 1:21-cv-751-DAE (W.D. Tex.).

Accordingly, the Court **ORDERS** that the parties **jointly file a status report to apprise the Court of how they intend to proceed by or on November 17, 2025.**  If the parties intend for the above-captioned case to be consolidated, the parties must indicate the Lead Case, and the above-captioned case will be administratively closed.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, October 17, 2025.

_____
David Alan Ezra
Senior United States District Judge

2